# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00655-CV

**A-TX Property Management, Appellant**

**v.**

**Jesus Rodriguez and Sandra Rodriguez, Appellees**

**FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY,
NO. C-1-CV-11-005496, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING**

## S U P P L E M E N T A L   O P I N I O N

In our opinion issued October 17, 2013, we affirmed the county court's judgment conditioned on the Rodriguezes' filing a remittitur in the county court within thirty days of the date of the opinion, reducing the award of damages by $321.51 and notifying this Court of the filing. More than thirty days has passed since the date of the opinion, and the Rodriguezes have not notified this Court that they have filed a remittitur in the county court. Accordingly, we reverse the judgment of the county court as to the award of damages and remand this cause for recalculation of treble damages in accordance with our opinion issued October 17, 2013. We affirm the county court's judgment in all other respects.

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Affirmed in Part; Reversed and Remanded in Part

Filed:   February 20, 2014